# BRACH | EICHLER LLC

Edward Altabet
Direct Dial: 973-447-9671
E-mail: ealtabet@bracheichler.com

June 15, 2023

**Via ECF**

Hon. Nitza I. Quiñones, Judge
8613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 8-B

    Re:    *Chasan III*, Civ. No. 2:23-cv-00648-NIQA (E.D.Pa.)

Dear Judge Quiñones:

    Plaintiffs filed a letter today, June 15, 2023, seeking leave to file a sur-reply in response to Defendants' reply brief filed on June 14, 2023, which was in further support of their pending motion to dismiss. The motion is now briefed and Defendants object to Plaintiffs' request for leave to file a sur-reply.

    In the event the Court determines, in the exercise of its discretion, to permit Plaintiffs a sur-reply, then we would respectfully request that a page-limit be set and that Defendants be permitted to file a short sur-sur-reply in response, as the Defendants should be permitted to have the last word in writing on their pending motion.

                                 Respectfully submitted,

                                 *Edward D. Altabet*

                                 Edward Altabet

cc:    All Parties and Counsel of Record (via ECF)