# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAW OFFICES OF BRUCE J. CHASAN, LLC,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | **NO. 23-0648** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN M. PIERCE, ESQ.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 27th day of March 2024, upon consideration of Defendants' *motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6)*, (ECF 12), Plaintiffs' response in opposition, (ECF 15), Defendants' reply, (ECF 18), Plaintiffs' sur-reply, (ECF 23), and the allegations in the complaint, (ECF 1), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **GRANTED**. Accordingly, all claims asserted against Defendants John M. Pierce, James D. Bainbridge, Pierce Bainbridge Beck Price & Hecht, LLP, Bainbridge Law APC, Pierce Bainbridge P.C., and John Pierce Law, P.C. are **DISMISSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*