IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Law Offices of Bruce J. Chasan, LLC<br>and Bruce J. Chasan, Esq.<br><br>                Plaintiffs<br><br>        vs.<br><br>John M. Pierce, Esq.,<br>James D. Bainbridge, Esq.,<br>Pierce Bainbridge Beck Price &<br>    Hecht, LLP,<br>Bainbridge Law APC,<br>Pierce Bainbridge, P.C.,<br>John Pierce Law, P.C.,<br>John Doe Attorneys Nos. 1-10, and<br>John Doe Entities Nos. 1-10<br><br>                Defendants | Civ. Action No. 2:23-cv-0648-NIQA |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs in the above-named case, *i.e.*, Law Offices of Bruce J. Chasan, LLC and Bruce J. Chasan, Esq., by the undersigned, serve Notice that they appeal the Court's Memorandum Opinion and Order (ECF 24, ECF 25) granting Defendants' Motion to Dismiss entered in this action on March 27, 2024 to the United States Court of Appeals for the Third Circuit.

Dated:  April 25, 2024

                                      Respectfully submitted,

                                      /s/ Bruce J. Chasan

                                      _____
                                      Bruce J. Chasan, Esq. (Pa. I.D. 29227)
                                      Law Offices of Bruce J. Chasan, LLC
                                      Two Penn Center – Suite 312

        Philadelphia, PA 19102
        215-567-4400
        bjchasan@brucechasanlaw.com

## **CERTIFICATE OF SERVICE**

I, Bruce J. Chasan, hereby certify that on April 25, 2024, I caused a true and correct copy of the foregoing Plaintiffs' Notice of Appeal to be served upon counsel for the Defendants via the Court's electronic filing system, as follows:

Edward D. Altabet, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068-1067
ealtabet@bracheichler.com

        /s/ Bruce J. Chasan
        _____
        Bruce J. Chasan